IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: DOLLAR GENERAL CORP. | ) | MDL No. 2709 |
| MOTOR OIL MARKETING AND | ) | |
| SALES PRACTICES LITIGATION | ) | Master Case No. 16-02709-MD-W-GAF |
| | ) | |
| LORETTA JOHNSON[1] | ) | |

## ORDER

Now before the Court is Defendants' Dollar General Corporation, Dolgencorp, LLC, and DG Retail, LLC (collectively, "Defendants") Motion to Dismiss Plaintiff Loretta Johnson ("Plaintiff"). (Doc. # 163). Defendants seek to dismiss Plaintiff for failure to prosecute her claim under Federal Rule of Civil Procedure 41(b). (*Id.*). Plaintiff does not oppose. (*See* Docket Sheet).

Therefore, Defendants' Motion to Dismiss is GRANTED and Plaintiff's claims are DISMISSED with prejudice.

s/ Gary A. Fenner
GARY A. FENNER, JUDGE
UNITED STATES DISTRICT COURT

DATED: October 4, 2018

---

[1] Plaintiffs filed a Consolidated Amended Class Action Complaint that included Texas law claims on behalf of two plaintiffs from a previously dismissed group of Texas-law claims, including Ms. Johnson. (Doc. ## 44, 163). Ms. Johnson did not file a separate action, so she has no specific case number.