UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| IN RE: DOLLAR GENERAL CORP. MOTOR OIL MARKETING AND SALES PRACTICES LITIGATION | MDL No. 2709<br><br>Master Case No. 16-02709-MD-W-GAF |
| **THIS PLEADING RELATES TO:** | |
| ROBERT OREN V. DOLLAR GENERAL CORP., ET AL.; | Case No. 4:16-cv-00105 |
| ROBERTO VEGA V. DOLGENCORP, LLC; | Case No. 4:16-cv-00518 |
| ALLEN BROWN V. DOLLAR CORP., ET AL.; | Case No. 4:16-cv-00519 |
| BRADFORD BARFOOT V. DOLGENCORP, LLC; | Case No. 4:16-cv-00520 |
| GERARDO SOLIS V. DOLLAR GENERAL CORP., ET AL.; | Case No. 4:16-cv-00521 |
| NICHOLAS MEYER V. DOLLAR GENERAL CORP., ET AL.; | Case No. 4:16-cv-00522 |
| JOHN FOPPE V. DOLLAR GENERAL CORP., ET AL.; | Case No. 4:16-cv-00523 |
| JOHN MCCORMICK, III V. DOLGENCORP, LLC; | Case No. 4:16-cv-00524 |
| BRUCE GOOEL V. DOLGENCORP, LLC; | Case No. 4:16-cv-00525 |
| SCOTT SHEEHY V. DOLLAR GENERAL CORP., ET AL.; | Case No. 4:16-cv-00526 |
| JANINE HARVEY V. DOLLAR GENERAL CORP., ET AL.; | Case No. 4:16-cv-00528 |
| WILLIAM FLINN V. DOLGENCORP, LLC; | Case No. 4:16-cv-00529 |
| KEVIN GADSON V. DOLGENCORP, LLC; | Case No. 4:16-cv-00530 |
| MIRIAM FRUHLING V. DOLLAR GENERAL CORP., ET AL.; | Case No. 4:16-cv-00531 |
| ROBIN PREAS V. DOLLAR GENERAL CORP., ET AL.; | Case No. 4:16-cv-00533 |
| JAMES TASCHNER V. DOLLAR GENERAL CORP., ET AL.; | Case No. 4:16-cv-00606 |
| JASON WOOD, ET AL. V. DOLLAR GENERAL CORP., ET AL.; | Case No. 4:16-cv-00607 |
| BRANDON RAAB V. DOLGENCORP, LLC; | Case No. 4:16-cv-00868 |
| SEIT ALLA V. DOLGENCORP, LLC | Case No. 4:17-cv-00413 |

**PLAINTIFFS' MOTION FOR REASONABLE ATTORNEYS' FEES,
COSTS, LITIGATION EXPENSES, AND
<u>CLASS REPRESENTATIVE SERVICE AWARDS</u>**

COME NOW Plaintiffs, by and through undersigned counsel, and respectfully move for entry of an order awarding Class Counsel attorneys' fees and litigation costs and expenses of $10,000,000.00 (ten million dollars) and awarding each of the twenty Class Representatives $6,750 (six thousand, seven hundred and fifty dollars) as Service Awards for the reasons set forth

1

in the accompanying suggestions in support filed herewith.

Dated: April 26, 2021

Respectfully submitted,

 /s/ Kenneth B. McClain
Kenneth B. McClain
Kevin D. Stanley
Colin W. McClain
J'Nan C. Kimak
Andrew K. Smith
HUMPHREY FARRINGTON & MCCLAIN, P.C.
221 West Lexington, Suite 400
Independence, Missouri 64050
Telephone: (816) 836-5050
Facsimile:  (816) 836-8966
kbm@hfmlegal.com
kds@hfmlegal.com
cwm@hfmlegal.com
jck@hfmlegal.com
aks@hfmlegal.com
*Liaison Class Counsel*

and

Allan Kanner
Cynthia St. Amant
KANNER & WHITELEY, LLC
701 Camp Street
New Orleans, LA 70130
Tel: (504) 524-5777
Fax: (504) 524-5763
a.kanner@kanner-law.com
c.stamant@kanner-law.com
*Lead Class Counsel*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 26, 2021, I electronically transmitted the foregoing document to the Clerk of the United States District Court using the CM/ECF system for filing and service to all parties/counsel registered to received copies in this case.

*/s/ Kenneth B. McClain*
Kenneth B. McClain